SANJAY NANGIA (State Bar No. 264986)
  sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California  94111
Telephone: (415) 276-6500
Fax:          (415) 276-6599

Attorney for Defendants
PNC Bank, N.A. and Stripe, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLD Ecommerce, LLC, dba Bloom and Bond, a Wyoming limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., a Pennsylvania Bank, SHOPIFY, INC., a Canadian Corporation, STRIPE, INC., a Delaware Corporation, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 3:26-cv-02631-TSH<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>Assigned to the Hon. Thomas S. Hixson<br><br>[*Declaration of Sanjay Nangia filed herewith*] |

Pursuant to Civil L.R. 6-2(a), Plaintiff SLD Ecommerce, LLC ("SLD") and Defendants PNC Bank, N.A. ("PNC Bank") and Stripe, LLC ("Stripe")[1] (collectively, the "Parties") hereby stipulate and respectfully request an order changing the time of the Case Management Conference from July 2, 2026, at 10:00 a.m. to **August 13, 2026 at 10:00 a.m.** and extending PNC Bank's and Stripe's deadline to respond to the Complaint to July 13, 2026.

On March 26, 2026, Plaintiff filed its Complaint.  The same day, the Court set an initial Case Management Conference for July 2, 2026 at 10:00 a.m.

On April 29, 2026, the Parties filed a stipulation extending PNC Bank's and Stripe's deadline to respond to the Complaint to May 13, 2026.  On May 11, 2026, the Parties filed a

---

[1] Stripe, Inc. recently converted to Stripe, LLC.

1

second stipulation extending PNC Bank's and Stripe's deadline to respond to the Complaint to June 12, 2026.

The parties have been engaged in discussions that would resolve the case without further litigation.  The parties seek to continue PNC Bank and Stripe's June 12, 2026 deadline to respond to the Complaint and the July 2, 2026 Case Management Conference to allow additional time for meaningful discussion, in the hope of resolving the dispute without Court intervention and prior to incurring potentially unnecessary litigation costs.  In addition, PNC Bank's and Stripe's attorney, Sanjay Nangia, is unavailable on July 2, 2026 due to international travel.

No trial date or other case deadlines have been set.  The parties have not made a prior request to continue the Case Management Conference.

Accordingly, the parties stipulate and respectfully request that the Court enter an order:

(1) continuing the Case Management Conference to August 13, 2026 at 10:00 a.m.  The parties will submit a Joint Case Management Statement on August 6, 2026 (one week prior to new CMC date); and

(2) extending PNC Bank's and Stripe's deadline to respond to the Complaint to July 13, 2026.

SO STIPULATED:


DATED: June 8, 2026                                    Respectfully submitted,


GLOBAL LEGAL LAW FIRM                        DAVIS WRIGHT TREMAINE LLP


By: */s/ Bryce M. Van De Moere*                By: */s/ Sanjay Nangia*
    Bryce M. Van De Moere                              Sanjay Nangia


Attorneys for Plaintiff                               Attorneys for Defendants
*SLD Ecommerce, LLC*                          *PNC Bank, N.A. and Stripe, LLC*

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:26-cv-02631-TSH

**FILER'S ATTESTATION**

I, Sanjay Nangia, am the ECF user whose identification and password are being used to file this stipulation on behalf of the parties.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated:  June 8, 2026                          DAVIS WRIGHT TREMAINE LLP

By: */s/ Sanjay Nangia*
    Sanjay Nangia

Attorneys for Defendants
*PNC Bank, N.A. and Stripe, LLC*

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:26-cv-02631-TSH

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that (1) the Case Management Conference scheduled for July 2, 2026 shall be continued to _August 13, 2026, at 10:00 a.m.  The parties will submit a Joint Case Management Statement on _August 6, 2026 (one week prior to new CMC date); and (2) Defendant PNC Bank, N.A.'s and Stripe LLC's deadline to respond to the Complaint is extended to July 13, 2026.

Dated: June 9, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge

1

[PROPOSED] ORDER
Case No. 3:26-cv-02631-TSH