**GLOBAL LEGAL LAW FIRM**
James C. Huber, Esq. (SBN 269488)
jhuber@attorneygl.com
Bryce M. Van De Moere, Esq. (SBN 201752)
bvandemoere@attorneygl.com
322 Encinitas Blvd, Suite 200
Encinitas, CA 92024
Telephone: (888) 846-8901
Facsimile: (888) 846-8902

Attorneys for Plaintiff,
SLD Ecommerce, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SLD Ecommerce, LLC.**, dba Bloom and Bond, a Wyoming limited liability corporation, <br><br> Plaintiff, <br><br> v. <br><br> **PNC BANK, N.A.,** a Pennsylvania Bank, **SHOPIFY, INC.**, a Canadian Corporation, **STRIPE, INC**., a Delaware Corporation, and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No: 26-cv-02631-TSH <br><br> Judge: Honorable Thomas S. Hixson <br><br> **PLAINTIFF SLD ECOMMERCE LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SHOPIFY, INC.** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF

## DEFENDANT SHOPIFY, INC.

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SLD ECOMMERCE LLC ("SLD ECOMMERCE") hereby voluntarily dismisses Defendant Shopify, Inc. from this action, without prejudice. Defendant Shopify, Inc. has not been served with process. This dismissal affects

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

only Defendant Shopify, Inc. and does not dismiss any other defendant named in this action.

Dated:  June 17, 2026

**GLOBAL LEGAL LAW FIRM**

By: */s/ Bryce M. Van De Moere*
    James C. Huber
    Bryce M. Van De Moere
    Attorneys for Plaintiff,
    SLD Ecommerce, LLC

PLAINTIFF SLD ECOMMERCE LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SHOPIFY, INC.

**CERTIFICATE OF SERVICE**

I, BRYCE VAN DE MOERE, hereby certify that on June 17, 2026, I caused to be electronically filed PLAINTIFF SLD ECOMMERCE LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SHOPIFY, INC. with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

/s/ Bryce M. Van De Moere

Bryce M. Van De Moere

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

3